UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA SZABADOS,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 14-cv-02527-JSC<br><br>**ORDER REFERRING CASE TO COURT'S ADR PROGRAM AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' joint case management conference statement. (Dkt. No. 11.) Pursuant to the parties' request, this case is referred to the Court's ADR program for a mediation to occur by December 31, 2014. The parties shall cooperate in completing any discovery needed to have a meaningful mediation. The case management conference scheduled for October 23, 2014 is continued to January 15, 2014 at 1:30 p.m. The parties shall submit an updated joint case management conference statement by January 8, 2014.

**IT IS SO ORDERED**.

Dated: October 1, 2014

                                                    *Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge